# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144169(54)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                             SC: 144169
                                             COA: 297692

MICHAEL EUGENE CHILDS,
      Defendant-Appellant.
_____/
                                             Wayne CC: 09-027558-FC

       On order of the Court, the motion for reconsideration of this Court's April 18, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

d0917